Marcy J. Bergman, California Bar No. 75826
marcy.bergman@bryancave.com
Katherine Keating, California Bar No. 217908
katherine.keating@bryancave.com
Robert J. Esposito, California Bar No. 267031
robert.esposito@bryancave.com
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 268-2000
Facsimile:     (415) 268-1999

Attorneys for Plaintiff
NEW VISTAS RECOVERY, INC., DBA
MOUNTAIN VISTA FARM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW VISTAS RECOVERY, INC., DBA MOUNTAIN VISTA FARM,<br><br>    Plaintiff,<br><br>    v.<br><br>MOUNTAINVIEW RECOVERY CENTER LLC,<br><br>    Defendant. | Case No. C 13-00548 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[CIVIL L.R. 6-2, 7-12]**<br><br>Date:    May 16, 2013<br>Time:    9:00 a.m.<br>Place:   Courtroom 5, 17th Floor<br>Judge:   Hon. Edward M. Chen |

Plaintiff New Vistas Recovery, Inc., dba Mountain Vista Farm, and Defendant MountainView Recovery Center LLC expect to be able to resolve the above-entitled action within the next thirty to forty-five days and therefore submit this Stipulation and [Proposed] Order and respectfully request that the Court continue the Case Management Conference from the currently scheduled date of May 16, 2013 to June 20, 2013.

The Case Management Conference was initially set for May 9, 2013 but was rescheduled for May 16 following Defendant's declination to proceed before a magistrate judge. The parties

1

STIP. & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE         CASE NO. C 13-00548 EMC
SF01DOCS\135909.1

have not requested any modifications of time in this case.  In light of the likely resolution of this case, the requested modification should have no effect on the schedule for this case.  To allow the parties to reach a resolution of this case, the parties respectfully request that the Case Management Conference be continued from May 16, 2013 to June 20 at 9:00 a.m. and that the related Case Management Conference and ADR deadlines be continued accordingly.

SO STIPULATED:

Date: April 25, 2013          **BRYAN CAVE LLP**

By:  /s/
Katherine Keating
Attorneys for Plaintiff
NEW VISTAS RECOVERY, INC., dba MOUNTAIN VISTA FARM

Date: April 25, 2013          **THE BERNSTEIN LAW GROUP, P.C.**

By:  /s/
Marc N. Bernstein
Attorneys for Defendant
MOUNTAINVIEW RECOVERY CENTER, LLC

*I, Katherine Keating, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 25, 2013, at San Francisco, California.*

By:  /s/
Katherine Keating

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The CMC is reset for 7/11/13 at 9:00 a.m. A joint CMC Statement shall be filed by 7/5/13.

Dated:  _____4/29/13_____          _____
The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

2
STIP. & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
SF01DOCS\135909.1