Marcy J. Bergman, California Bar No. 75826
*marcy.bergman@bryancave.com*
Katherine Keating, California Bar No. 217908
*katherine.keating@bryancave.com*
Robert J. Esposito, California Bar No. 267031
*robert.esposito@bryancave.com*
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 268-2000
Facsimile:    (415) 268-1999

Attorneys for Plaintiff
NEW VISTAS RECOVERY, INC., DBA
MOUNTAIN VISTA FARM

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW VISTAS RECOVERY, INC., DBA MOUNTAIN VISTA FARM,<br><br>Plaintiff,<br><br>v.<br><br>MOUNTAINVIEW RECOVERY CENTER LLC,<br><br>Defendant. | Case No. C 13-00548 EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br>ORDER<br><br>Action Filed:  February 7, 2013 |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff New Vistas Recovery, Inc. dba Mountain Vista Farm and Defendant MountainView Recovery Center LLC ("MountainView"), hereby stipulate to the dismissal of this action, with prejudice. MountainView has filed an answer to the complaint, and this stipulation is signed by all parties who have appeared in the action.

**IT IS SO STIPULATED.**

Date: June 6, 2013            **BRYAN CAVE LLP**

                              By:      /s/
                              _____
                              Katherine Keating
                              Attorneys for Plaintiff
                              NEW VISTAS RECOVERY, INC., dba MOUNTAIN VISTA FARM

Date: June 6, 2013            **THE BERNSTEIN LAW GROUP, P.C.**

                              By:      /s/
                              _____
                              Marc N. Bernstein
                              Attorneys for Defendant
                              MOUNTAINVIEW RECOVERY CENTER, LLC

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1, the filer attests that concurrence in the filing of this document has been obtained from the other signatory.

Date: June 6, 2013            **BRYAN CAVE LLP**

                              By:      /s/
IT IS SO ORDERED:             _____
                              Katherine Keating
                              Attorneys for Plaintiff
                              NEW VISTAS RECOVERY, INC., dba MOUNTAIN VISTA FARM
_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105